# EXHIBIT A

**BKR REPMT CALC**             607        12/02/2020 9:37:50 AM ET       PFSP6560

Account Number `105944193`  State `PA`  District `MI`  Division `HARRISBUR`  Case `2001062`

**Calculation Information**

| | | | | | |
|---|---|---|---|---|---|
| Action | `Change` | Calc Number | 04 - I | Calc Status | PENDING |
| Save Calc | `No` | Calc Date | 12/02/20 | Date Amended | 00/00/00 |
| Print | `Select` | Letter Type | `0`  Number `0` | Form | `01` |

**Bankruptcy Information**

| | | | | | |
|---|---|---|---|---|---|
| Bankruptcy Chapter | 13 | Filed By | P | Filing Date | 03/18/20  Conversion 00/00/00 |
| POC Number | 01 | Filed Type | 02 | POC Activated | 10/14/20  Teller  2316 |
| Bankruptcy Status | ACTIVE | | | | |
| Proof of Claim Status | ACTIVE | | Status Date | 10/14/20 | |
| Plan Status | ACTIVE | | Status Date | 10/14/20 | |

**Multiple Loan Information**

POC Type `Select`     Multiple Loan POC Units 0     POC Loans  1

**Post Petition Calculation**

Pmts From `08/01/20` To `12/01/20`

| | Initial Amount | Adjust Amount | Final Amount |
|---|---:|---:|---:|
| Post Petition Payments | 7068.77 | 0.00 | 7068.77 |
| Post Petition Late Charges | 0.00 | 0.00 | 0.00 |
| Post Petn Suspense | 23.52 | `0.00` | 23.52 |
| Expense Advances | 1656.30 | 0.00 | 1656.30 |
| Admin Fees | 20.00 | 0.00 | 20.00 |
| Total | 8721.55 | 0.00 | 8721.55 |

**Calc Resolution**

Relief Granted  N    Date  00/00/00    Agreed Order  N    Date  00/00/00

Override `0`

Message:  UPDATE COMPLETED                          OK                                    BOTTOM

**BKR CALC PAYMENTS DUE**  607  12/02/2020 9:38:28 AM ET  PFSP6561

Account Number   105944193

**Payment Due Detail**

| | Due Date | P & I | Escrow | Credit Insurance | Payment Amount | Adjust | Filed Amount | Pmt Md |
|---|---|---|---|---|---|---|---|---|
| ☐ | 08/01/20 | 868.30 | 544.60 | 0.00 | 1412.90 | 0.00 | 1412.90 | N |
| ☐ | 09/01/20 | 868.30 | 544.60 | 0.00 | 1412.90 | 0.00 | 1412.90 | N |
| ☐ | 10/01/20 | 868.30 | 544.60 | 0.00 | 1412.90 | 0.00 | 1412.90 | N |
| ☐ | 11/01/20 | 868.30 | 544.60 | 0.00 | 1412.90 | 0.00 | 1412.90 | N |
| ☐ | 12/01/20 | 868.30 | 548.87 | 0.00 | 1417.17 | 0.00 | 1417.17 | N |
| ☐ | 00/00/00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| ☐ | 00/00/00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| ☐ | 00/00/00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| ☐ | 00/00/00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| ☐ | 00/00/00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |

**Calc Payment Due Total**

| | Payment Amount | Adjust | Filed Amount |
|---|---|---|---|
| Payment Total | 7068.77 | 0.00 | 7068.77 |

Notes   Teller 0   .
.
.

Message:   UPDATE COMPLETED          OK   INQUIRY ONLY          BOTTOM

Rev. 09/01/14

# LOCAL BANKRUPTCY FORM 4001-1

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: David M. Sullivan aka David Sullivan<br>　　　　　　　　　Debtor(s) | CHAPTER 13 |
| FREEDOM MORTGAGE CORPORATION<br>　　　　　　　　　Movant<br>　vs. | NO. 20-01062 HWV |
| David M. Sullivan aka David Sullivan<br>　　　　　　　　　Debtor(s) | |
| Charles J. DeHart, III Esq.<br>　　　　　　　　　Trustee | |

### POST-PETITION PAYMENT HISTORY
### NOTE AND MORTGAGE DATED 09/07/2018

Mortgage Recorded on 09/21/2018, in York County, in Instrument Number 2018041468.
**Property Address:**
357 Mineral Drive York, PA 17408

**Mortgage Servicer**
Freedom Mortgage Corporation

**Post Petition mailing address for Debtor(s) to send payments:**

Freedom Mortgage Corporation
Cash Management
10500 Kincaid Drive
Fishers, IN 46037

**Mortgagor(s)/Debtor(s):**

David M. Sullivan aka David Sullivan

**Payments are contractually due:**　　　Monthly  X 　　Semi-Monthly___　　Bi-Weekly___　Other___

**Monthly Payment is comprised of:**
Principal & Interest:　　　$868.30
R.E. Taxes:　　　　　　　$_____
Insurance:　　　　　　　$_____
Late Charge:　　　　　　$_____
Other:　　　　　　　　　$545.37 (Specify:Escrow)
Other:　　　　　　　　　$3.50 (Specify:Shortage)
**TOTAL:**　　　　　　　$1,417.17

**POST PETITION PAYMENTS (Petition was filed on March 18, 2020)**

| Payment amount due | Date payment was due | Date Payment Was Received | Amount Received | Check Number | How Pymt Was Applied (mo/yr) |
|---|---|---|---|---|---|
| $1,412.90 | 04/01/2020 | 08/25/2020 | $1,412.90 | | 04/2020 |
| $1,412.90 | 05/01/2020 | 09/23/2020 | $1,412.90 | | 05/2020 |
| $1,412.90 | 06/01/2020 | 10/26/2020 | $1,412.90 | | 06/2020 |
| $1,412.90 | 07/01/2020 | 11/11/2020 | $1,412.90 | | 07/2020 |
| $1,412.90 | 08/01/2020 | | $0.00 | | |
| $1,412.90 | 09/01/2020 | | $0.00 | | |
| $1,412.90 | 10/01/2020 | | $0.00 | | |
| $1,412.90 | 11/01/2020 | | $0.00 | | |
| $1,417.17 | 12/01/2020 | | $0.00 | | |
| Total Due: | $12,720.37 | Total Received: | $5,651.60 | Arrears: | $7,068.77 |

(Continue on attached sheets if necessary)

**TOTAL NUMBER OF POST-PETITION PAYMENTS PAST DUE:** 5  as of  December 2, 2020

**TOTAL AMOUNT OF POST-PETITION ARREARS:** $7,068.77 as of   December 2, 2020

Dated: 12/11/20

*Maria McDevitt*
Mortgage Company

Maria McDevitt
(Print Name and Title)