# LOCAL BANKRUPTCY FORM 4001-1

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: David M. Sullivan aka David Sullivan<br>　　　　　　　　　　Debtor(s) | CHAPTER 13 |
| FREEDOM MORTGAGE CORPORATION<br>　　　　　　　　　　Movant<br>　　vs.<br><br>David M. Sullivan aka David Sullivan<br>　　　　　　　　　　Debtor(s)<br><br>Charles J. DeHart, III Esq.<br>　　　　　　　　　　Trustee | NO. 20-01062 HWV |

### POST-PETITION PAYMENT HISTORY
### NOTE AND MORTGAGE DATED 09/07/2018

Mortgage Recorded on 09/21/2018, in York County, in Instrument Number 2018041468.
**Property Address:**
357 Mineral Drive York, PA 17408

**Mortgage Servicer**
Freedom Mortgage Corporation

**Post Petition mailing address for Debtor(s) to send payments:**

Freedom Mortgage Corporation
Cash Management
10500 Kincaid Drive
Fishers, IN 46037

**Mortgagor(s)/Debtor(s):**

David M. Sullivan aka David Sullivan

**Payments are contractually due:**　　Monthly  X 　　Semi-Monthly＿＿　　Bi-Weekly＿＿　Other＿＿＿

**Monthly Payment is comprised of:**

| | |
|---|---|
| Principal & Interest: | $868.30 |
| R.E. Taxes: | $＿＿＿＿ |
| Insurance: | $＿＿＿＿ |
| Late Charge: | $＿＿＿＿ |
| Other: | $545.37 (Specify:Escrow) |
| Other: | $3.50 (Specify:Shortage) |
| **TOTAL:** | $1,417.17 |

Rev. 09/01/14

**POST PETITION PAYMENTS (Petition was filed on March 18, 2020)**

| Payment amount due | Date payment was due | Date Payment Was Received | Amount Received | Check Number | How Pymt Was Applied (mo/yr) |
|---|---|---|---|---|---|
| $1,412.90 | 04/01/2020 | 08/25/2020 | $1,412.90 | | 04/2020 |
| $1,412.90 | 05/01/2020 | 09/23/2020 | $1,412.90 | | 05/2020 |
| $1,412.90 | 06/01/2020 | 10/26/2020 | $1,412.90 | | 06/2020 |
| $1,412.90 | 07/01/2020 | 11/11/2020 | $1,412.90 | | 07/2020 |
| $1,412.90 | 08/01/2020 | | $0.00 | | |
| $1,412.90 | 09/01/2020 | | $0.00 | | |
| $1,412.90 | 10/01/2020 | | $0.00 | | |
| $1,412.90 | 11/01/2020 | | $0.00 | | |
| $1,417.17 | 12/01/2020 | | $0.00 | | |
| Total Due: | $12,720.37 | Total Received: | $5,651.60 | Arrears: | $7,068.77 |

(Continue on attached sheets if necessary)

**TOTAL NUMBER OF POST-PETITION PAYMENTS PAST DUE:** 5  as of  December 2, 2020

**TOTAL AMOUNT OF POST-PETITION ARREARS:** $7,068.77 as of   December 2, 2020

Dated: 12/11/20

*Maria McDevitt*
Mortgage Company

Maria McDevitt
(Print Name and Title)