United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-01062-HWV |
| David M. Sullivan | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Jan 15, 2021 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David M. Sullivan, 357 Mineral Drive, York, PA 17408-6292 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2021            Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Jerome B Blank | on behalf of Creditor FREEDOM MORTGAGE CORPORATION pamb@fedphe.com |
| Mario J. Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION mario.hanyon@brockandscott.com wbecf@brockandscott.com |
| Rebecca Ann Solarz | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com |
| Scott J Strausbaugh | |

        on behalf of Debtor 1 David M. Sullivan scott@strausbaughlaw.com

Thomas Song

        on behalf of Creditor FREEDOM MORTGAGE CORPORATION pamb@fedphe.com

United States Trustee

        ustpregion03.ha.ecf@usdoj.gov

TOTAL: 8

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: David M. Sullivan aka David Sullivan**<br>　　　　　　　　　　**Debtor(s)** | **CHAPTER 13** |
| **FREEDOM MORTGAGE CORPORATION**<br>　　　　　　　　　　**Movant**<br>vs.<br>**David M. Sullivan aka David Sullivan**<br>　　　　　　　　　　**Debtor(s)** | **NO. 20-01062 HWV** |
| **Charles J. DeHart, III Esq.**<br>　　　　　　　　　　**Trustee** | **11 U.S.C. Section 362 and 1301** |

### ORDER

Upon consideration of Movant's Application to Redact, it is:

ORDERED THAT: The Court shall restrict public access to the original Exhibit A to Docket No. 31; and

It is further, ORDERED that Movant is allowed to proceed with filing a corrective Exhibit A in compliance with Fed. R .Bankr. P. 9037 and made part of the Court record. The corrective Exhibit A must be filed by January 21, 2021.

Dated: January 15, 2021　　　　　　By the Court,

　　　　　　　　　　　　　　　　　　_Henry W. Van Eck_ (signature)
　　　　　　　　　　　　　　　　　　Henry W. Van Eck, Chief Bankruptcy Judge (CD)