United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                                                Case No. 20-01062-HWV

David M. Sullivan                                                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                                    User: AutoDocke                                    Page 1 of 2

Date Rcvd: Nov 16, 2023                             Form ID: trc                                    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
             regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2023:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5475081 | + Email/Text: nsm_bk_notices@mrcooper.com | Nov 16 2023 18:39:00 | Rushmore Loan Management Services, PO Box 55004, Irvine, CA 92619-2708, Rushmore Loan Management Services, PO Box 55004, Irvine, CA 92619-5004 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2023                          Signature:              /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2023 at the address(es) listed below:

**Name                                        Email Address**

Brian Nicholas
                        on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com

Denise E. Carlon
                        on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com

Denise E. Carlon
                        on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee for RMTP Trust, Series
                        2021 Cottage-TT-V bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

Jack N Zaharopoulos
                        TWecf@pamd13trustee.com

Jerome B Blank
                      on behalf of Creditor FREEDOM MORTGAGE CORPORATION pamb@fedphe.com

Lauren Marie Moyer
                      on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee for RMTP Trust, Series
                      2021 Cottage-TT-V bkecf@friedmanvartolo.com, ecfmail@ecf.courtdrive.com

Mario J. Hanyon
                      on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com
                      mario.hanyon@brockandscott.com

Michelle Ghidotti
                      on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee for RMTP Trust, Series
                      2021 Cottage-TT-V bknotifications@ghidottiberger.com

Scott J Strausbaugh
                      on behalf of Debtor 1 David M. Sullivan scott@strausbaughlaw.com

Thomas Song
                      on behalf of Creditor FREEDOM MORTGAGE CORPORATION tomysong0@gmail.com

United States Trustee
                      ustpregion03.ha.ecf@usdoj.gov


TOTAL: 11

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:20-bk-01062-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

David M. Sullivan
357 Mineral Drive
York PA 17408

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/15/2023.

**Name and Address of Alleged Transferor(s):**

Claim No. 1: Rushmore Loan Management Services, PO Box 55004, Irvine, CA 92619-2708, Rushmore Loan Management Services, PO Box 55004, Irvine, CA 92619-2708

**Name and Address of Transferee:**

U.S. Bank National Association, et al.
c/o: Rushmore Servicing
P.O. BOX 619096
Dallas, TX 75261
U.S. Bank National Association, et al.
c/o: Rushmore Servicing

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  11/18/23

Terrence S. Miller
**CLERK OF THE COURT**