**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

Re:   David M Sullivan

Case No.: 1-20-01062 HWV

Chapter 13

**Debtor(s)**

**NOTICE OF FINAL CURE PAYMENT**

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

## PART 1:  MORTGAGE INFORMATION

| | |
|---|---|
| Creditor Name: | Fay Servicing |
| Court Claim Number: | 01 |
| Last Four of Loan Number: | 2551 |
| Property Address if applicable: | 357 Mineral Dr |

## PART 2:  CURE AMOUNT

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $26,667.72 |
| b. | Prepetition arrearages paid by the trustee: | $26,667.72 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $6,686.87 |
| f. | Postpetition arrearage paid by the trustee: | $6,686.87 |
| g. | Total b, d, and f: | $33,354.59 |

## PART 3:  POSTPETITION MORTGAGE PAYMENT

Mortgage was paid through the Trustee
from July 2020 through March 2025

| | |
|---|---|
| Current monthly mortgage payment: | $1,532.21 |
| The next post-petition payment is due on: | April 2025 |

## PART 4:  A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are

current on all postpetition payments as of the date of the response.  Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.


Dated: March 25, 2025                                    Respectfully submitted,


                                                         /s/ Jack N. Zaharopoulos
                                                         Standing Chapter 13 Trustee
                                                         Suite A, 8125 Adams Drive
                                                         Hummelstown, PA  17036
                                                         Phone:  (717) 566-6097
                                                         Fax:  (717) 566-8313
                                                         email:  info@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

Re:   David M Sullivan

Case No.: 1-20-01062 HWV

Chapter 13

**Debtor(s)**

**CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on March 25, 2025, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Scott J Strausbaugh, Esquire
1201 West Elm Suite 2
Hanover PA 17331


**Served by First Class Mail**
Fay Servicing, LLC
Bankruptcy Dept
PO Box 814609
Dallas TX 75381-4609

David M Sullivan
357 Mineral Dr
York PA 17408



I certify under penalty of perjury that the foregoing is true and correct.


Date: March 25, 2025

/s/  Liz Joyce
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA  17036
Phone:  (717) 566-6097
email: info@pamd13trustee.com

# Disbursements for Claim

**Case: 20-01062      DAVID M. SULLIVAN**

**FAY SERVICING, LLC**
PO BOX 814609

DALLAS, TX   75381-4609

Acct No: 2551

Sequence:  07
Modify:
Filed Date:
Hold Code:

| | | | Debt: | $81,180.07 | Interest Paid: | $0.00 |
|---|---|---|---|---|---|---|
| Amt Sched: | $0.00 | | | | Accrued Int: | $0.00 |
| Amt Due: | $1,532.21 | | Paid: | $81,180.07 | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | DisbDescrp | |
| **5010** | **FAY SERVICING, LLC** | | | | | | | |
| 501-0 | FAY SERVICING, LLC | | 03/18/2025 | 2045685 | $1,532.21 | $0.00 | $1,532.21 | |
| | | | | | | Payment for 3/2025 | | |
| 501-0 | FAY SERVICING, LLC | | 02/19/2025 | 2044735 | $1,532.21 | $0.00 | $1,532.21 | 02/27/2025 |
| | | | | | | Payment for 2/2025 | | |
| 501-0 | FAY SERVICING, LLC | | 01/15/2025 | 2043785 | $1,537.93 | $0.00 | $1,537.93 | 01/28/2025 |
| | | | | | | Payment for 1/2025 | | |
| 501-0 | FAY SERVICING, LLC | | 12/17/2024 | 2042830 | $1,492.05 | $0.00 | $1,492.05 | 01/02/2025 |
| | | | | | | Payment for 12/2024 | | |
| 501-0 | FAY SERVICING, LLC | | 11/19/2024 | 2041927 | $1,492.05 | $0.00 | $1,492.05 | 11/29/2024 |
| | | | | | | Payment for 11/2024 | | |
| 501-0 | FAY SERVICING, LLC | | 10/23/2024 | 2040915 | $1,492.05 | $0.00 | $1,492.05 | 11/01/2024 |
| | | | | | | Payment for 10/2024 | | |
| 501-0 | FAY SERVICING, LLC | | 09/17/2024 | 2039904 | $1,492.05 | $0.00 | $1,492.05 | 09/26/2024 |
| | | | | | | Payment for 8/2024 | | |
| 501-0 | FAY SERVICING, LLC | | 09/17/2024 | 2039904 | $1,492.05 | $0.00 | $1,492.05 | 09/26/2024 |
| | | | | | | Payment for 9/2024 | | |
| 501-0 | FAY SERVICING, LLC | V | 09/05/2024 | 2036294 | ($1,492.05) | $0.00 | ($1,492.05) | 09/05/2024 |
| 501-0 | FAY SERVICING, LLC | | 08/07/2024 | 2038938 | $1,492.05 | $0.00 | $1,492.05 | 08/16/2024 |
| | | | | | | Payment for 8/2024 | | |
| 501-0 | FAY SERVICING, LLC | | 07/10/2024 | 2038093 | $1,492.05 | $0.00 | $1,492.05 | 07/18/2024 |
| | | | | | | Payment for 7/2024 | | |
| 501-0 | FAY SERVICING, LLC | | 06/18/2024 | 2037251 | $1,492.05 | $0.00 | $1,492.05 | 06/27/2024 |
| | | | | | | Payment for 6/2024 | | |
| 501-0 | FAY SERVICING, LLC | | 05/22/2024 | 2036294 | $1,492.05 | $0.00 | $1,492.05 | 09/05/2024 |
| | | | | | | Payment for 5/2024 | | |
| 501-0 | FAY SERVICING, LLC | | 04/17/2024 | 2035299 | $1,492.05 | $0.00 | $1,492.05 | 04/26/2024 |
| | | | | | | Payment for 4/2024 | | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|-------|------|------|------|---------|-----------|----------|-------|------------|
| 501-0 | FAY SERVICING, LLC | | 03/14/2024 | 2034342 | $1,492.05 | $0.00 | $1,492.05 | 03/22/2024 |
| | DisbDescrp: Payment for 3/2024 | | | | | | | |
| 501-0 | RUSHMORE SERVICING | | 02/14/2024 | 2033765 | $1,492.05 | $0.00 | $1,492.05 | 02/28/2024 |
| | Payment for 2/2024 | | | | | | | |
| 501-0 | RUSHMORE SERVICING | | 01/12/2024 | 2032825 | $1,492.05 | $0.00 | $1,492.05 | 01/24/2024 |
| | Payment for 1/2024 | | | | | | | |
| 501-0 | RUSHMORE SERVICING | | 12/19/2023 | 2031942 | $1,441.82 | $0.00 | $1,441.82 | 01/03/2024 |
| | Payment for 12/2023 | | | | | | | |
| 501-0 | RUSHMORE LOAN MANAGEMENT SE | | 11/15/2023 | 2030978 | $1,441.82 | $0.00 | $1,441.82 | 11/29/2023 |
| | Payment for 11/2023 | | | | | | | |
| 501-0 | RUSHMORE LOAN MANAGEMENT SE | | 10/18/2023 | 2030043 | $1,441.82 | $0.00 | $1,441.82 | 11/17/2023 |
| | Payment for 10/2023 | | | | | | | |
| 501-0 | RUSHMORE LOAN MANAGEMENT SE | | 09/19/2023 | 2029062 | $1,441.82 | $0.00 | $1,441.82 | 10/02/2023 |
| | Payment for 9/2023 | | | | | | | |
| 501-0 | RUSHMORE LOAN MANAGEMENT SE | | 08/09/2023 | 2028046 | $1,441.82 | $0.00 | $1,441.82 | 08/18/2023 |
| | Payment for 8/2023 | | | | | | | |
| 501-0 | RUSHMORE LOAN MANAGEMENT SE | | 07/11/2023 | 2027055 | $1,441.82 | $0.00 | $1,441.82 | 07/24/2023 |
| | Payment for 7/2023 | | | | | | | |
| 501-0 | RUSHMORE LOAN MANAGEMENT SE | | 06/13/2023 | 2026137 | $1,441.82 | $0.00 | $1,441.82 | 06/26/2023 |
| | Payment for 6/2023 | | | | | | | |
| 501-0 | RUSHMORE LOAN MANAGEMENT SE | | 05/16/2023 | 2025201 | $1,441.82 | $0.00 | $1,441.82 | 05/31/2023 |
| | Payment for 5/2023 | | | | | | | |
| 501-0 | RUSHMORE LOAN MANAGEMENT SE | | 04/18/2023 | 2024203 | $1,441.82 | $0.00 | $1,441.82 | 04/28/2023 |
| | Payment for 4/2023 | | | | | | | |
| 501-0 | RUSHMORE LOAN MANAGEMENT SE | | 03/15/2023 | 2023160 | $1,441.82 | $0.00 | $1,441.82 | 03/23/2023 |
| | Payment for 3/2023 | | | | | | | |
| 501-0 | RUSHMORE LOAN MANAGEMENT SE | | 02/15/2023 | 2022164 | $1,441.82 | $0.00 | $1,441.82 | 02/28/2023 |
| | Payment for 2/2023 | | | | | | | |
| 501-0 | RUSHMORE LOAN MANAGEMENT SE | | 01/18/2023 | 2021162 | $1,441.82 | $0.00 | $1,441.82 | 01/27/2023 |
| | Payment for 1/2023 | | | | | | | |
| 501-0 | RUSHMORE LOAN MANAGEMENT SE | | 12/13/2022 | 2020162 | $1,441.82 | $0.00 | $1,441.82 | 01/05/2023 |
| | Payment for 12/2022 | | | | | | | |
| 501-0 | RUSHMORE LOAN MANAGEMENT SE | | 11/16/2022 | 2019200 | $1,440.03 | $0.00 | $1,440.03 | 12/12/2022 |
| | Payment for 11/2022 | | | | | | | |
| 501-0 | RUSHMORE LOAN MANAGEMENT SE | | 10/18/2022 | 2018181 | $1,440.03 | $0.00 | $1,440.03 | 10/31/2022 |
| | Payment for 10/2022 | | | | | | | |
| 501-0 | RUSHMORE LOAN MANAGEMENT SE | | 09/13/2022 | 2017105 | $1,440.03 | $0.00 | $1,440.03 | 09/21/2022 |
| | Payment for 9/2022 | | | | | | | |
| 501-0 | RUSHMORE LOAN MANAGEMENT SE | | 08/17/2022 | 2016100 | $1,440.03 | $0.00 | $1,440.03 | 08/26/2022 |
| | Payment for 8/2022 | | | | | | | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|-------|------|------|------|---------|-----------|----------|-------|-----------|
| | | | | | | | DisbDescrp | |
| 501-0 | RUSHMORE LOAN MANAGEMENT SE | | 07/13/2022 | 2015028 | $1,440.03 | $0.00 | $1,440.03 | 07/20/2022 |
| | | | | | Payment for 7/2022 | | | |
| 501-0 | RUSHMORE LOAN MANAGEMENT SE | | 06/14/2022 | 2014055 | $1,440.03 | $0.00 | $1,440.03 | 06/22/2022 |
| | | | | | Payment for 6/2022 | | | |
| 501-0 | RUSHMORE LOAN MANAGEMENT SE | | 05/17/2022 | 2013035 | $1,440.03 | $0.00 | $1,440.03 | 05/31/2022 |
| | | | | | Payment for 5/2022 | | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 04/12/2022 | 2011591 | $1,440.03 | $0.00 | $1,440.03 | 04/28/2022 |
| | | | | | Payment for 4/2022 | | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 03/16/2022 | 2010577 | $1,440.03 | $0.00 | $1,440.03 | 04/06/2022 |
| | | | | | Payment for 3/2022 | | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 02/16/2022 | 2009598 | $1,440.03 | $0.00 | $1,440.03 | 03/15/2022 |
| | | | | | Payment for 2/2022 | | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 01/19/2022 | 2008603 | $1,440.03 | $0.00 | $1,440.03 | 02/09/2022 |
| | | | | | Payment for 1/2022 | | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 12/15/2021 | 2007593 | $1,440.03 | $0.00 | $1,440.03 | 12/29/2021 |
| | | | | | Payment for 12/2021 | | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 11/16/2021 | 2006565 | $1,417.17 | $0.00 | $1,417.17 | 11/24/2021 |
| | | | | | Payment for 11/2021 | | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 10/14/2021 | 2005523 | $1,417.17 | $0.00 | $1,417.17 | 10/29/2021 |
| | | | | | Payment for 10/2021 | | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 09/14/2021 | 2004503 | $1,417.17 | $0.00 | $1,417.17 | 09/22/2021 |
| | | | | | Payment for 9/2021 | | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 08/18/2021 | 2003462 | $1,417.17 | $0.00 | $1,417.17 | 08/27/2021 |
| | | | | | Payment for 8/2021 | | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 07/14/2021 | 2002424 | $1,417.17 | $0.00 | $1,417.17 | 07/29/2021 |
| | | | | | Payment for 7/2021 | | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 06/16/2021 | 2001447 | $1,417.17 | $0.00 | $1,417.17 | 06/30/2021 |
| | | | | | Payment for 6/2021 | | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 05/18/2021 | 2000432 | $1,417.17 | $0.00 | $1,417.17 | 05/28/2021 |
| | | | | | Payment for 5/2021 | | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 04/15/2021 | 1229058 | $1,417.17 | $0.00 | $1,417.17 | 04/27/2021 |
| | | | | | Payment for 4/2021 | | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 03/17/2021 | 1228034 | $1,417.17 | $0.00 | $1,417.17 | 03/29/2021 |
| | | | | | Payment for 3/2021 | | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 02/17/2021 | 1227027 | $1,412.90 | $0.00 | $1,412.90 | 02/24/2021 |
| | | | | | Payment for 2/2021 | | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 12/10/2020 | 1224217 | $1,412.90 | $0.00 | $1,412.90 | 12/29/2020 |
| | | | | | Payment for 11/2020 | | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 12/10/2020 | 1224217 | $1,417.17 | $0.00 | $1,417.17 | 12/29/2020 |
| | | | | | Payment for 12/2020 | | | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|-------|------|------|------|---------|-----------|----------|-------|-----------|
| | | | | | | DisbDescrp | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 11/03/2020 | 1223323 | $1,412.90 | $0.00 | $1,412.90 | 11/13/2020 |
| | | | | | Payment for 10/2020 | | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 10/15/2020 | 1222466 | $1,412.90 | $0.00 | $1,412.90 | 10/23/2020 |
| | | | | | Payment for 9/2020 | | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 09/17/2020 | 1221425 | $1,412.90 | $0.00 | $1,412.90 | 09/24/2020 |
| | | | | | Payment for 8/2020 | | | |
| 501-0 | FREEDOM MORTGAGE CORP | | 08/12/2020 | 1220383 | $1,412.90 | $0.00 | $1,412.90 | 08/27/2020 |
| | | | | | Payment for 7/2020 | | | |

**Sub-totals:** **$81,180.07**  $0.00 **$81,180.07**

**Grand Total:** $81,180.07  $0.00

# Disbursements for Claim

**Case:  20-01062        DAVID M. SULLIVAN**

**FAY SERVICING, LLC**
P.O. BOX 814609

DALLAS, TX  75381-4609

Acct No:  Mineral Drive - POST-ARREAR

ARREARS - 357 MINERAL DRIVE  2ND AP

Sequence:  24
Modify:
Filed Date:
Hold Code:

| | | Debt: | $6,686.87 | Interest Paid: | $0.00 |
|---|---|---|---|---|---|
| Amt Sched: | $0.00 | | | Accrued Int: | $0.00 |
| Amt Due: | $0.00 | Paid: | $6,686.87 | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | DisbDescrp | |
| **5210** | **FAY SERVICING, LLC** | | | | | | | |
| 521-0 | FAY SERVICING, LLC | | 12/17/2024 | 2042831 | $20.04 | $0.00 | $20.04 | 01/03/2025 |
| 521-0 | FAY SERVICING, LLC | | 10/23/2024 | 2040916 | $280.81 | $0.00 | $280.81 | 11/01/2024 |
| 521-0 | FAY SERVICING, LLC | | 09/17/2024 | 2039905 | $280.80 | $0.00 | $280.80 | 09/26/2024 |
| 521-0 | FAY SERVICING, LLC | | 08/07/2024 | 2038939 | $27.82 | $0.00 | $27.82 | 08/16/2024 |
| 521-0 | FAY SERVICING, LLC | | 06/18/2024 | 2037252 | $102.87 | $0.00 | $102.87 | 06/27/2024 |
| 521-0 | FAY SERVICING, LLC | | 05/22/2024 | 2036295 | $191.84 | $0.00 | $191.84 | 05/30/2024 |
| 521-0 | FAY SERVICING, LLC | | 04/17/2024 | 2035300 | $102.88 | $0.00 | $102.88 | 04/26/2024 |
| 521-0 | FAY SERVICING, LLC | | 03/14/2024 | 2034343 | $191.83 | $0.00 | $191.83 | 03/22/2024 |
| 521-0 | RUSHMORE SERVICING | | 02/14/2024 | 2033766 | $205.75 | $0.00 | $205.75 | 02/28/2024 |
| 521-0 | RUSHMORE SERVICING | | 12/19/2023 | 2031943 | $164.97 | $0.00 | $164.97 | 01/03/2024 |
| 521-0 | RUSHMORE LOAN MANAGEMENT SE | | 11/15/2023 | 2030979 | $111.38 | $0.00 | $111.38 | 11/29/2023 |
| 521-0 | RUSHMORE LOAN MANAGEMENT SE | | 10/18/2023 | 2030041 | $129.97 | $0.00 | $129.97 | 11/14/2023 |
| 521-0 | RUSHMORE LOAN MANAGEMENT SE | | 09/19/2023 | 2029060 | $317.18 | $0.00 | $317.18 | 10/02/2023 |
| 521-0 | RUSHMORE LOAN MANAGEMENT SE | | 08/09/2023 | 2028044 | $129.96 | $0.00 | $129.96 | 08/22/2023 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total Disb Descrp | Reconciled |
|-------|------|------|------|---------|-----------|----------|-------------------|------------|
| 521-0 | RUSHMORE LOAN MANAGEMENT SE | | 07/11/2023 | 2027053 | $129.96 | $0.00 | $129.96 | 07/25/2023 |
| 521-0 | RUSHMORE LOAN MANAGEMENT SE | | 06/13/2023 | 2026134 | $115.26 | $0.00 | $115.26 | 06/26/2023 |
| 521-0 | RUSHMORE LOAN MANAGEMENT SE | | 05/16/2023 | 2025198 | $115.27 | $0.00 | $115.27 | 05/31/2023 |
| 521-0 | RUSHMORE LOAN MANAGEMENT SE | | 04/18/2023 | 2024200 | $25.32 | $0.00 | $25.32 | 04/28/2023 |
| 521-0 | RUSHMORE LOAN MANAGEMENT SE | | 03/15/2023 | 2023156 | $205.21 | $0.00 | $205.21 | 03/24/2023 |
| 521-0 | RUSHMORE LOAN MANAGEMENT SE | | 02/15/2023 | 2022161 | $115.26 | $0.00 | $115.26 | 02/28/2023 |
| 521-0 | RUSHMORE LOAN MANAGEMENT SE | | 01/18/2023 | 2021159 | $205.19 | $0.00 | $205.19 | 01/27/2023 |
| 521-0 | RUSHMORE LOAN MANAGEMENT SE | | 12/13/2022 | 2020159 | $115.27 | $0.00 | $115.27 | 01/05/2023 |
| 521-0 | RUSHMORE LOAN MANAGEMENT SE | | 11/16/2022 | 2019198 | $115.56 | $0.00 | $115.56 | 12/13/2022 |
| 521-0 | RUSHMORE LOAN MANAGEMENT SE | | 10/18/2022 | 2018179 | $230.16 | $0.00 | $230.16 | 10/31/2022 |
| 521-0 | RUSHMORE LOAN MANAGEMENT SE | | 09/13/2022 | 2017104 | $135.29 | $0.00 | $135.29 | 09/21/2022 |
| 521-0 | RUSHMORE LOAN MANAGEMENT SE | | 08/17/2022 | 2016099 | $230.16 | $0.00 | $230.16 | 08/29/2022 |
| 521-0 | RUSHMORE LOAN MANAGEMENT SE | | 07/13/2022 | 2015026 | $108.98 | $0.00 | $108.98 | 07/20/2022 |
| 521-0 | RUSHMORE LOAN MANAGEMENT SE | | 06/14/2022 | 2014052 | $109.00 | $0.00 | $109.00 | 06/22/2022 |
| 521-0 | RUSHMORE LOAN MANAGEMENT SE | | 05/17/2022 | 2013033 | $197.28 | $0.00 | $197.28 | 05/27/2022 |
| 521-0 | FREEDOM MORTGAGE CORPORATIC | | 04/12/2022 | 2011594 | $108.98 | $0.00 | $108.98 | 04/28/2022 |
| 521-0 | FREEDOM MORTGAGE CORPORATIC | | 03/16/2022 | 2010578 | $197.27 | $0.00 | $197.27 | 04/06/2022 |
| 521-0 | FREEDOM MORTGAGE CORPORATIC | | 02/16/2022 | 2009600 | $20.71 | $0.00 | $20.71 | 03/10/2022 |
| 521-0 | FREEDOM MORTGAGE CORPORATIC | | 01/19/2022 | 2008606 | $197.28 | $0.00 | $197.28 | 02/14/2022 |
| 521-0 | FREEDOM MORTGAGE CORPORATIC | | 12/15/2021 | 2007595 | $108.98 | $0.00 | $108.98 | 12/28/2021 |

| Claim | name | Type | Date | Check # | Principal | Interest | DisbDescrp Total | Reconciled |
|-------|------|------|------|---------|-----------|----------|------------------|------------|
| 521-0 | FREEDOM MORTGAGE CORPORATIC | | 11/16/2021 | 2006568 | $112.87 | $0.00 | $112.87 | 11/24/2021 |
| 521-0 | FREEDOM MORTGAGE CORPORATIC | | 10/14/2021 | 2005525 | $214.21 | $0.00 | $214.21 | 10/29/2021 |
| 521-0 | FREEDOM MORTGAGE CORPORATIC | | 09/14/2021 | 2004504 | $32.41 | $0.00 | $32.41 | 09/22/2021 |
| 521-0 | FREEDOM MORTGAGE CORPORATIC | | 08/18/2021 | 2003465 | $123.31 | $0.00 | $123.31 | 08/26/2021 |
| 521-0 | FREEDOM MORTGAGE CORPORATIC | | 07/14/2021 | 2002426 | $214.20 | $0.00 | $214.20 | 07/29/2021 |
| 521-0 | FREEDOM MORTGAGE CORPORATIC | | 06/16/2021 | 2001449 | $123.32 | $0.00 | $123.32 | 06/24/2021 |
| 521-0 | FREEDOM MORTGAGE CORPORATIC | | 05/18/2021 | 2000434 | $111.70 | $0.00 | $111.70 | 05/27/2021 |
| 521-0 | FREEDOM MORTGAGE CORPORATIC | | 04/15/2021 | 1229061 | $199.71 | $0.00 | $199.71 | 04/27/2021 |
| 521-0 | FREEDOM MORTGAGE CORPORATIC | | 03/17/2021 | 1228038 | $101.87 | $0.00 | $101.87 | 03/26/2021 |
| 521-0 | FREEDOM MORTGAGE CORPORATIC | | 02/17/2021 | 1227030 | $408.78 | $0.00 | $408.78 | 02/24/2021 |
| | | | | Sub-totals: | $6,686.87 | $0.00 | $6,686.87 | |
| | | | | Grand Total: | $6,686.87 | $0.00 | | |

# Disbursements for Claim

**Case: 20-01062      DAVID M. SULLIVAN**

**FAY SERVICING, LLC**
P.O. BOX 814609

DALLAS, TX   75381-4609

Acct No: Mineral Drive - PRE-ARREARS

ARREARS - 357 MINERAL DRIVE

Sequence:  24
Modify:
Filed Date:
Hold Code:

| | | | |
|---|---|---|---|
| Amt Sched: $189,499.00 | Debt: $26,667.82 | Interest Paid: $0.00 |
| Amt Due: $0.00 | Paid: $26,667.82 | Accrued Int: $0.00 |
| | | Balance Due: $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| **5200** | **FAY SERVICING, LLC** | | | | | | | |
| 520-0 | FAY SERVICING, LLC | | 12/17/2024 | 2042831 | $24.45 | $0.00 | $24.45 | 01/03/2025 |
| 520-0 | FAY SERVICING, LLC | | 11/19/2024 | 2041928 | $55.47 | $0.00 | $55.47 | 11/29/2024 |
| 520-0 | FAY SERVICING, LLC | | 10/23/2024 | 2040916 | $1,119.88 | $0.00 | $1,119.88 | 11/01/2024 |
| 520-0 | FAY SERVICING, LLC | | 09/17/2024 | 2039905 | $1,119.88 | $0.00 | $1,119.88 | 09/26/2024 |
| 520-0 | FAY SERVICING, LLC | | 08/07/2024 | 2038939 | $55.46 | $0.00 | $55.46 | 08/16/2024 |
| 520-0 | FAY SERVICING, LLC | | 07/10/2024 | 2038094 | $55.47 | $0.00 | $55.47 | 07/19/2024 |
| 520-0 | FAY SERVICING, LLC | | 06/18/2024 | 2037252 | $410.27 | $0.00 | $410.27 | 06/27/2024 |
| 520-0 | FAY SERVICING, LLC | | 05/22/2024 | 2036295 | $765.07 | $0.00 | $765.07 | 05/30/2024 |
| 520-0 | FAY SERVICING, LLC | | 04/17/2024 | 2035300 | $410.27 | $0.00 | $410.27 | 04/26/2024 |
| 520-0 | FAY SERVICING, LLC | | 03/14/2024 | 2034343 | $765.08 | $0.00 | $765.08 | 03/22/2024 |
| 520-0 | RUSHMORE SERVICING | | 02/14/2024 | 2033766 | $765.07 | $0.00 | $765.07 | 02/28/2024 |
| 520-0 | RUSHMORE SERVICING | | 01/12/2024 | 2032826 | $55.47 | $0.00 | $55.47 | 01/24/2024 |
| 520-0 | RUSHMORE SERVICING | | 12/19/2023 | 2031943 | $657.88 | $0.00 | $657.88 | 01/03/2024 |
| 520-0 | RUSHMORE LOAN MANAGEMENT SE | | 11/15/2023 | 2030979 | $444.24 | $0.00 | $444.24 | 11/29/2023 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|-------|------|------|------|---------|-----------|----------|-------|------------|
| | | | | | | | DisbDescrp | |
| 520-0 | RUSHMORE LOAN MANAGEMENT SE | | 10/18/2023 | 2030041 | $518.29 | $0.00 | $518.29 | 11/14/2023 |
| 520-0 | RUSHMORE LOAN MANAGEMENT SE | | 09/19/2023 | 2029060 | $1,264.93 | $0.00 | $1,264.93 | 10/02/2023 |
| 520-0 | RUSHMORE LOAN MANAGEMENT SE | | 08/09/2023 | 2028044 | $518.30 | $0.00 | $518.30 | 08/22/2023 |
| 520-0 | RUSHMORE LOAN MANAGEMENT SE | | 07/11/2023 | 2027053 | $518.31 | $0.00 | $518.31 | 07/25/2023 |
| 520-0 | RUSHMORE LOAN MANAGEMENT SE | | 06/13/2023 | 2026134 | $459.68 | $0.00 | $459.68 | 06/26/2023 |
| 520-0 | RUSHMORE LOAN MANAGEMENT SE | | 05/16/2023 | 2025198 | $459.68 | $0.00 | $459.68 | 05/31/2023 |
| 520-0 | RUSHMORE LOAN MANAGEMENT SE | | 04/18/2023 | 2024200 | $101.01 | $0.00 | $101.01 | 04/28/2023 |
| 520-0 | RUSHMORE LOAN MANAGEMENT SE | | 03/15/2023 | 2023156 | $818.34 | $0.00 | $818.34 | 03/24/2023 |
| 520-0 | RUSHMORE LOAN MANAGEMENT SE | | 02/15/2023 | 2022161 | $459.69 | $0.00 | $459.69 | 02/28/2023 |
| 520-0 | RUSHMORE LOAN MANAGEMENT SE | | 01/18/2023 | 2021159 | $818.35 | $0.00 | $818.35 | 01/27/2023 |
| 520-0 | RUSHMORE LOAN MANAGEMENT SE | | 12/13/2022 | 2020159 | $459.68 | $0.00 | $459.68 | 01/05/2023 |
| 520-0 | RUSHMORE LOAN MANAGEMENT SE | | 11/16/2022 | 2019197 | $460.89 | $0.00 | $460.89 | 12/13/2022 |
| 520-0 | RUSHMORE LOAN MANAGEMENT SE | | 10/18/2022 | 2018179 | $917.88 | $0.00 | $917.88 | 10/31/2022 |
| 520-0 | RUSHMORE LOAN MANAGEMENT SE | | 09/13/2022 | 2017104 | $539.55 | $0.00 | $539.55 | 09/21/2022 |
| 520-0 | RUSHMORE LOAN MANAGEMENT SE | | 08/17/2022 | 2016098 | $917.89 | $0.00 | $917.89 | 08/26/2022 |
| 520-0 | RUSHMORE LOAN MANAGEMENT SE | | 07/13/2022 | 2015026 | $434.65 | $0.00 | $434.65 | 07/20/2022 |
| 520-0 | RUSHMORE LOAN MANAGEMENT SE | | 06/14/2022 | 2014052 | $434.65 | $0.00 | $434.65 | 06/22/2022 |
| 520-0 | RUSHMORE LOAN MANAGEMENT SE | | 05/17/2022 | 2013033 | $786.76 | $0.00 | $786.76 | 05/27/2022 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 04/12/2022 | 2011594 | $434.65 | $0.00 | $434.65 | 04/28/2022 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 03/16/2022 | 2010578 | $786.77 | $0.00 | $786.77 | 04/06/2022 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|-------|------|------|------|---------|-----------|---------------------|-------|------------|
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 02/16/2022 | 2009600 | $82.54 | $0.00 | $82.54 | 03/10/2022 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 01/19/2022 | 2008606 | $786.77 | $0.00 | $786.77 | 02/14/2022 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 12/15/2021 | 2007595 | $434.65 | $0.00 | $434.65 | 12/28/2021 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 11/16/2021 | 2006568 | $450.11 | $0.00 | $450.11 | 11/24/2021 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 10/14/2021 | 2005525 | $854.30 | $0.00 | $854.30 | 10/29/2021 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 09/14/2021 | 2004504 | $129.24 | $0.00 | $129.24 | 09/22/2021 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 08/18/2021 | 2003464 | $491.77 | $0.00 | $491.77 | 08/27/2021 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 07/14/2021 | 2002425 | $854.29 | $0.00 | $854.29 | 08/02/2021 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 06/16/2021 | 2001448 | $491.76 | $0.00 | $491.76 | 06/30/2021 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 05/18/2021 | 2000434 | $445.49 | $0.00 | $445.49 | 05/27/2021 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 04/15/2021 | 1229061 | $796.44 | $0.00 | $796.44 | 04/27/2021 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 03/17/2021 | 1228038 | $406.30 | $0.00 | $406.30 | 03/26/2021 |
| 520-0 | FREEDOM MORTGAGE CORPORATIC | | 02/17/2021 | 1227030 | $1,630.25 | $0.00 | $1,630.25 | 02/24/2021 |

Sub-totals: $26,667.82   $0.00   $26,667.82

Grand Total: $26,667.82   $0.00