B2830 (Form 2830) (04/22)

UNITED STATES BANKRUPTCY COURT
Middle District of Pennsylvania

In re: David M. Sullivan

Case No. 1:20-bk-01062-HWV
Chapter 13

CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING
DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

☒ I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

☐ I am or have been required to pay a domestic support obligation. I have paid all such amounts that my Chapter 13 Plan required me to pay. I have also paid all such amounts that became due between the filing of my Bankruptcy Petition and today.

*Part II. If you checked the second box, you must provide the information below.*

My current address 357 Mineral Drive, York, PA 17408

My current employer and my employer's address: Pixelle Specialty Solution, LLC, 228 S. Main Street, Spring Grove, PA 17362

*Part III. Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

☒ I have not claimed an exemption pursuant to §522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in §522(p)(1), and (2) that exceeds $189,050* in value in the aggregate.

☐ I have claimed an exemption in property pursuant to §522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in §522(p)(1), and (2) that exceeds $189,050* in value in the aggregate.

*Part IV. Debtor's Signature*

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on 5/6/25

Debtor

Case 1:20-bk-01062-HWV    Doc 77    Filed 05/30/25    Entered 05/30/25 10:00:52    Desc
Main Document    Page 1 of 1