| | |
|---|---|
| In re: | Case No. 20-01062-HWV |
| David M. Sullivan | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Jun 30, 2025 | Form ID: fnldecnd | Total Noticed: 23 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David M. Sullivan, 357 Mineral Drive, York, PA 17408-6292 |
| 5314495 | + | York County Sheriff, 45 North George Street, York, PA 17401-1240 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 30 2025 19:02:43 | Ally Financial c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 30 2025 19:02:10 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: ECF@fayservicing.com | Jun 30 2025 18:53:00 | Fay Servicing, LLC, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 5314491 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 30 2025 18:52:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 5425137 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 30 2025 19:02:08 | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5330778 | | Email/Text: ally@ebn.phinsolutions.com | Jun 30 2025 18:52:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 5314492 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 30 2025 19:02:08 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5669774 | | Email/Text: ECF@fayservicing.com | Jun 30 2025 18:53:00 | Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 5669775 | | Email/Text: ECF@fayservicing.com | Jun 30 2025 18:53:00 | Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 5326372 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jun 30 2025 18:53:00 | FREEDOM MORTGAGE CORPORATION, FREEDOM MORTGAGE CORP., Bankruptcy Department,, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 5703583 | ^ | MEBN | Jun 30 2025 18:45:08 | Fay Servicing, LLC, c/o Stern & Eisenberg, PC, 1581 Main Street, Ste. 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 5314493 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jun 30 2025 18:53:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave, Ste 3, Mt Laurel, NJ 08054-1210 |
| 5314494 | ^ | MEBN | Jun 30 2025 18:44:58 | KML Law Group, PC, Suite 5000-BNY Mellon Independence, 701 Market Street, Philadelphia, |

| | | | | |
| --- | --- | --- | --- | --- |
| | | | | PA 19106-1538 |
| 5326623 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 30 2025 18:51:55 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5475081 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 30 2025 18:53:00 | Rushmore Loan Management Services, PO Box 55004, Irvine, CA 92619-2708, Rushmore Loan Management Services, PO Box 55004, Irvine, CA 92619-5004 |
| 5475080 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 30 2025 18:53:00 | Rushmore Loan Management Services, PO Box 55004, Irvine, CA 92619-5004 |
| 5513680 | ^ | MEBN | Jun 30 2025 18:45:01 | Rushmore Loan Management Services, LLC, as servicer for U.S. Bank National Assoc, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 5601441 | ^ | MEBN | Jun 30 2025 18:44:41 | U.S. Bank National Association, et al., c/o Fay Servicing, LLC, PO Box 814609, Dallas TX 75381-4609 |
| 5578544 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 30 2025 18:53:00 | U.S. Bank National Association, et al., c/o: Rushmore Servicing, P.O. BOX 619096, Dallas, TX 75261, U.S. Bank National Association, et al., c/o: Rushmore Servicing 75261-9096 |
| 5578543 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 30 2025 18:53:00 | U.S. Bank National Association, et al., c/o: Rushmore Servicing, P.O. BOX 619096, Dallas, TX 75261-9096 |
| 5601442 | ^ | MEBN | Jun 30 2025 18:44:41 | U.S. Bank National Association, et al., c/o Fay Servicing, LLC, PO Box 814609, Dallas TX 75381-4609, U.S. Bank National Association, et al., c/o Fay Servicing, LLC 75381-4609 |

TOTAL: 21

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 02, 2025                    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2025 at the address(es) listed below:

**Name**  **Email Address**

Daniel Philip Jones
on behalf of Creditor Fay Servicing  LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com

Denise E. Carlon
on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

| | |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Jerome B Blank | on behalf of Creditor FREEDOM MORTGAGE CORPORATION pamb@fedphe.com |
| Lauren Marie Moyer | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V bkecf@friedmanvartolo.com, ecfmail@ecf.courtdrive.com |
| Mario J. Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Michelle Ghidotti | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V bknotifications@ghidottiberger.com |
| Scott J Strausbaugh | on behalf of Debtor 1 David M. Sullivan scott@strausbaughlaw.com |
| Steven K Eisenberg | on behalf of Creditor Fay Servicing LLC seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com |
| Thomas Song | on behalf of Creditor FREEDOM MORTGAGE CORPORATION tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 12

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| David M. Sullivan, <br> aka David Sullivan, | Chapter | 13 |
| **Debtor 1** | Case No. | 1:20−bk−01062−HWV |

Social Security No.:
　　　　　　　　xxx−xx−3631

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **David M. Sullivan** in accordance with §1328 of the Bankruptcy Code.

By the Court,

*Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: June 30, 2025

**fnldec** (01/22)